I Luis Norez, Inmate #269415 of Yellowstone county detention Facility, do hereby submit a complaint under the 1983 lawsuit act. I am seeking damages in the amount of $25000 Dollars because my 8th Amendment right was violated. I was denied medical attention because of my violent charges. I seeked medical aid because I was bitten by a brown recluse spider in my cell. Yellowstone county detention facility does not keep a sanitary living environment in Unit class C, Cell 3, therefore insects such as spiders roam rampantly. For over a week I asked correctional officers, Sergeants, and medical to treat my bite. Due to their refusal, my elbow swelled to the size of a volleyball excreting a foul stench with puss. Only when I threatened to commit suicide did Sgt. Millard of YCDF bring in medical staff. Then and there on 1 July 2023 did medical finally see my medical condition as life threatening. However, instead of taking me to the infirmary, medical violated my HIPPA rights, by operating on my arm in the unit of class C in front of all the other inmates, on an unclean/unsanitary surface which could have further infected my arm later seeing as this table had urine, spit, and other bodily fluids on it. During the operation, I was also brutally held down by 5 correctional officers (Spint, Anderson, DolBeare, Lennick, and Sgt. Millard) while the Licensed Nurse practitioner drained my arm of a foul puss infection and stuffed the spider bite with gauze. I would like to recieve punitive damages and to see YCDF more attentive to the medical needs of inmates. I could have lost my arm to infection if I had not threatened suicide. Thank you. Inmate Alex Davis #276323 is my witness.

Signed: Luis Carlos Norez
Date: 7-8-23
Print: LUIS CARLOS NOREZ