UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

_____

| | |
|---|---|
| LUIS NOREZ, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | CV 23-79-BLG-SPW |
| vs. | |
| YELLOWTONE COUNTY DETENTION FACILITY, ET AL., | |
| Defendants. | |

_____

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

    IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order of August 28, 2023 (Doc. 5), this action is DISMISSED.

    Dated this 2nd day of October, 2023.

                      TYLER P. GILMAN, CLERK

                      By: /s/ T. Gesh
                      T. Gesh, Deputy Clerk